# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FRANK NATHAN ESCALANTE,

               Petitioner,

    v.

STEPHEN SMITH, Warden,

               Respondent.

Case No. 2:25-cv-07346-RGK-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DISMISSING THIS ACTION WITHOUT PREJUDICE as impermissibly successive and for lack of jurisdiction.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record, as well as all other parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/30/2025

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE