JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NATHAN ESCALANTE,<br><br>Petitioner,<br><br>v.<br><br>STEPHEN SMITH, Warden,<br><br>Respondent. | Case No. 2:25-cv-07346-RGK-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 10/30/2025

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE